JS-6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| RGT CAPITAL MANAGEMENT, LTD., | Case No. 8:19-cv-00573-FMO-AFM |
| Plaintiff, | |
| v. | **JUDGMENT** |
| ASH NARAYAN and AMY NARAYAN, | |
| Defendants. | |

Plaintiff RGT Capital Management, Ltd. ("Plaintiff"), having filed and served a Complaint in the above captioned matter against Defendants Ash Narayan and Amy Narayan ("Defendants") (collectively, the "Parties"), asserting claims under the Parties' Settlement Agreement and Release dated January 24, 2017 (the "Agreement"), and the Parties, having agreed upon a resolution of this matter prior to a trial on the merits, hereby consent to the entry of judgment in favor of RGT Capital Management, Ltd. against Ash Narayan and Amy Narayan, as follows:

1.     This Court has and shall retain personal jurisdiction over the Parties with respect to the above captioned matter and subject matter jurisdiction of this action pursuant to 28 U.S.C. § 1332.

2.     Judgment is hereby entered in favor of RGT Capital Management, Ltd. against Ash Narayan and Amy Narayan, jointly and severally, in the amount of $1,670,450.34. This sum shall become immediately due and payable upon entry of this Judgment and shall bear post judgment interest at a rate of ten percent per year, in accordance with California Civil Procedure Code § 685.010.

3.     Until this Judgment is satisfied, Ash Narayan and Amy Narayan shall provide Plaintiff with an updated sworn Personal Financial Statement utilizing Texas Department of Banking form CORP-G01 (7/14, as amended) at six-month intervals beginning on July 24, 2019. The Personal Financial Statements shall be sent by certified mail, return receipt requested and e-mail to RGT Capital Management, Ltd.'s Chief Executive Officer and Director of Finance/Chief Financial Officer, as reflected on Plaintiff's website at the time each statement is due. A copy of Defendants' financial statements shall also be sent by e-mail to Plaintiff's counsel kevin.sadler@bakerbotts.com. Failure to comply shall entitle RGT Capital Management, Ltd. to pursue all equitable and legal remedies and fees for contempt, including attorneys' fees and costs.

4.     All rights contained in this Judgment, including, but not limited to, the right to enforce it, shall be freely assignable to the fullest extent permitted by law.

5.   This Court shall retain jurisdiction in connection with the enforcement of this Judgment.


SO ORDERED this ___8th___ day of ____April____, 2019.


/s/ Fernando M. Olguin
UNITED STATES DISTRICT JUDGE


Entry of the foregoing judgment is consented and agreed to by Plaintiff and Defendants:


_____
ASH NARAYAN
Date: _____


_____
AMY NARAYAN
Date: _____


RGT CAPITAL MANAGEMENT, LTD.

By: _____
Its: _____
Date: _____

5. This Court shall retain jurisdiction in connection with the enforcement of this Judgment.

SO ORDERED this _____ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE

Entry of the foregoing judgment is consented and agreed to by Plaintiff and Defendants:

_____
ASH NARAYAN
Date: ___3/29/19___

_____
AMY NARAYAN
Date: ___3/29/19___

RGT CAPITAL MANAGEMENT, LTD.

By: _____
Its: _____
Date: _____

3